# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JANUARY 11, 2024

## NO. 03-22-00238-CV

**The Attorney General of The State of Texas, Ken Paxton, Appellant**

**v.**

**Mark Gonzalez, District Attorney for the 105th Judicial District, and the Nueces County District Attorney's Office, Appellees**

**APPEAL FROM THE 261ST DISTRICT COURT OF TRAVIS COUNTY
BEFORE JUSTICES BAKER, KELLY, AND THEOFANIS
REVERSED AND RENDERED -- OPINION BY JUSTICE BAKER
DISSENTING OPINION BY JUSTICE KELLY**

This is an appeal from the judgment signed by the trial court on March 23, 2022. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the court's judgment. Therefore, the Court reverses the trial court's judgment and renders judgment that the information at issue must be disclosed under the Public Information Act. Appellees shall pay all costs relating to this appeal, both in this Court and in the court below.